Abel Acosta Clerk
Court of Criminal Appeals
PO Box 12308, Capitol Station
Austin Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

RE: ALPHONSO Smith
CASE NO. 01-14-00727 CR
CCA NO. PD 0896-15
TRIAL Court CASE NO. 71088

DEAR Clerk

    I am in receipt of your letter dated Oct. 27, 2015. As I previously stated I'm MHMR. The Person that was suppose to file my PDR has changed his mind, However he did tell me that the Court of Appeals had unreasonably Applied Strickland vs Washington on my claim of ineffective assistance of Counsel.

    I will Contact the Appeal Court Concerning the mandate. Thank you for your time

Alphonso Smith 01952701
264 FM 3487 Hootsville Tx 77326